# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN  DIVISION

UNITED STATES OF AMERICA,

                        Plaintiff,

             vs.                           : CRIMINAL NO: CR-1-02-114
                                              : JUDGE WEBER

JOHN H. LEWIS,

                        Defendant.

## SATISFACTION OF CRIMINAL JUDGMENT

       The judgment in the above-entitled case having been paid, the Clerk of the United States

District Court for the Southern District of Ohio is hereby authorized and empowered to cancel

said judgment of record regarding monetary penalties.

                                    Respectfully submitted,

                                    GREGORY G. LOCKHART
                                    United States Attorney

                                  s/ Deborah F. Sanders
                                  DEBORAH F. SANDERS (0043575)
                                  Assistant United States Attorney
                                  Southern District of Ohio
                                  303 Marconi Boulevard, Suite 200
                                  Columbus, Ohio 43215-2401
                                  (614) 469-5715

N:\_ECF Workload\DSanders\Lewis - Sat of Judg.wpd